COX v. DEAN

No. 144P94

Case below: 113 N.C.App. 424

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 May 1994.

CROWELL CONSTRUCTORS, INC. v. STATE EX REL. COBEY

No. 178PA94

Case below: 114 N.C.App. 75

Motion by defendant for temporary stay allowed 21 April 1994 pending determination of defendant's petition for discretionary review. Petition by defendant for writ of supersedeas allowed 5 May 1994. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 5 May 1994.

EDWARDS v. HARDIN

No. 113PA94

Case below: 113 N.C.App. 613

Motion by defendant to dismiss the appeal for lack of substantial constitutional question allowed 5 May 1994. Petition by plaintiff for discretionary review pursuant G.S. 7A-31 allowed 5 May 1994.

FAIR v. ST. JOSEPH'S HOSPITAL, INC.

No. 37P94

Case below: 113 N.C.App. 159

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 May 1994.

FINEBERG v. STATE FARM FIRE AND CASUALTY CO.

No. 101P94

Case below: 113 N.C.App. 545

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 May 1994.